■ NEW YORK EXPOSITIONS, INC. v. COLISEUM EXHIBITION CORPORATION et al.—Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ. [See *ante,* p. 696.]

■ STORK RESTAURANT, INC. v. LOUIS FERNANDEZ, as President of Chefs, Cooks, Pastry Cooks and Assistants, Local 89, Hotel and Restaurant Employees Union, AFL-CIO, et al.—Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Rabin, Frank, McNally and Bergan, JJ. [See *ante,* p. 233.]

■ HERBERT H. SABBETH v. EVELYN L. SABBETH.—Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ. [See *ante,* p. 649.]

## (March 28, 1957)

### (Republished)

■ In the Matter of JOHN A. RADLANSZKY, Petitioner, against POLICE COMMISSIONER OF THE POLICE DEPARTMENT OF THE CITY OF NEW YORK, Respondent.— Determination unanimously annulled and petitioner restored to the position he occupied at the time of his dismissal as of the time of his dismissal. There is no substantial support in the evidence for the determination. Settle order on notice. Concur — Peck, P. J., Botein, Rabin, Frank and Valente, JJ. [See *ante,* p. 742.]

## SECOND DEPARTMENT, MARCH, 1957

## (March 4, 1957)

■ In the Matter of FREDA H. TAUB et al., Petitioners, against MALCOLM PIRNIE, SR., et al., Constituting the Board of Appeals of the Incorporated Village of Scarsdale, Westchester County, et al., Respondents, and HEATH-YORK CORPORATION, Intervenor-Respondent.— Motions referred to the court which rendered the decision of May 14, 1956 (1 A D 2d 1022). Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ. Cross motion of the respondents and the intervenor-respondent to confirm in all respects the report and findings of the Official Referee granted, without costs. Motion of petitioners to confirm in part the report and findings of the Official Referee, and for other relief, denied, without costs. (See *Matter of Taub* v. *Pirnie, post,* p. 753.) Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.